UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                      :     NOTICE OF INTENT TO
                                                         FILE AN INFORMATION

JAMES ZHONG,                       :

          Defendant.             :

- - - - - - - - - - - - - - - - x    22 CRIM 606

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 26, 2022

                                        DAMIAN WILLIAMS
                                        United States Attorney

                      By: _____
                          David R. Felton
                          Assistant United States Attorney

                      AGREED AND CONSENTED TO:

                      By: _____
                          Michael F. Bachner, Esq.
                          John A. Garland, Esq.
                          Donald F. Samuel, Esq.
                          Amanda R. Clark Palmer, Esq.

                          Attorneys for James Zhong