```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA          :

              v.                  :         22 CRIM 606

JAMES ZHONG,                      :         22 Cr. ____ (PGG)

              Defendant.          :

------------------------------X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JAMES ZHONG
Defendant

_____
Witness

_____
MICHAEL F. BACHNER, ESQ.
JOHN A. GARLAND, ESQ.
DONALD F. SAMUEL, ESQ.
AMANDA R. CLARK PALMER, ESQ.

Counsel for Defendant

Date:  New York, New York
       November 4, 2022