UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,                   NOTICE OF
                                   APPEARANCE

                                   22 Cr. 606 (PGG)

JAMES ZHONG,

       Defendant.
-------------------------------------------X

TO:   Clerk of the Court
        US Courthouse
        500 Pearl Street
        NY NY

Kindly enter my appearance as counsel for James Zhong in connection with the above-captioned matter.  I was admitted to practice in this district on June 15, 1982.

Dated:  11/4/22

                                           Respectfully submitted,

                                           /s/ Michael Bachner
                                         ------------------------------------
                                         MICHAEL F. BACHNER, ESQ.
                                         BACHNER & ASSOCIATES, P.C.
                                         111 BROADWAY, SUITE 701
                                         NEW YORK, NEW YORK 10006
                                         (212) 344-7778  - TELEPHONE
                                         (212) 344-7774  - FACSIMILE
                                         E-MAIL MB@BHLAWFIRM.COM