UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMES ZHONG,

Defendant.

**ORDER**

22 Cr. 606 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today, the Defendant is released on bail under the following conditions:

(1) a $310,000 personal recognizance bond executed by the Defendant;

(2) Pretrial Services supervision;

(3) surrender of all travel documents and no new applications for travel documents;

(4) travel restricted to the Southern and Eastern Districts of New York, the Northern and Middle Districts of Georgia (with travel permitted between those points for court purposes and legal consultation), and Tennessee for purposes of attending bankruptcy court proceedings;

(5) no possession of any firearm, destructive device, or other dangerous weapon;

(6) surrender all firearms and firearms licenses to a responsible third-party or local law enforcement, and provide proof of same to Pretrial Services;

(7) submission of an initial drug test today, and any further drug testing and treatment as directed by Pretrial Services;

(8) obtain/maintain verifiable employment; and

(9) maintain a single residence, and no relocation without the approval of Pretrial Services.

Dated: New York, New York
November 4, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge