UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)   CRIMINAL ACTION FILE NO.:<br>v.   )<br>)   1:22-cr-00606-PGG-1<br>JAMES ZHONG,   )<br>)<br>Defendant.   ) | |

### AFFIDAVIT OF JOHN A. GARLAND, ESQ.

COMES NOW attorney JOHN A. GARLAND, and offers this AFFIDAVIT in support of his Motion for Admission Pro Hac Vice and attest to the following:

a) I have never been convicted of a felony;

b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

c) There are no disciplinary proceedings presently against me in any court.

This, the 15th day of November, 2022.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *John A. Garland*
JOHN A. GARLAND, ESQ.
Georgia Bar No. 141226
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
jag@gsllaw.com