# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America

                         Plaintiff,

-against-

James Zhong

                         Defendant.

CRIMINAL ACTION NUMBER

1:22-cr-00606-PGG-1

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ___Amanda Clark Palmer___ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ___James Zhong___ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___Georgia___ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

_____

Applicant Signature: ___/s/ Amanda Clark Palmer___

Applicant's Name: ___Amanda Clark Palmer___

Firm Name: ___Garland, Samuel and Loeb___

Address: ___3151 Maple Drive, N.E.___

City/State/Zip: ___Atlanta, Georgia 30305___

Telephone/Fax: ___404-262-2225 / 404-365-5041___

Email: ___aclark@gsllaw.com___