UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )  CRIMINAL ACTION FILE NO.:<br>v. )<br>  )  1:22-cr-00606-PGG-1<br>JAMES ZHONG, )<br>  )<br>  Defendant. ) | |

## AFFIDAVIT OF AMANDA CLARK PALMER, ESQ.

COMES NOW attorney AMANDA CLARK PALMER, and offers this AFFIDAVIT in support of her Motion for Admission Pro Hac Vice and attest to the following:

a) I have never been convicted of a felony;

b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

c) There are no disciplinary proceedings presently against me in any court.

This, the 15th day of November, 2022.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Amanda Clark Palmer*
AMANDA CLARK PALMER, ESQ.
Georgia Bar No. 130608

                                        Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
acp@gsllaw.com