# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America

                        Plaintiff,

-against-                            1:22-cr-00606-PGG-1

**MOTION FOR ADMISSION**

**PRO HAC VICE**

James Zhong

                        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Donald F. Samuel hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for James Zhong in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

November 16, 2022

Respectfully Submitted,

Applicant Signature: /s/ Donald F. Samuel

Applicant's Name: Donald F. Samuel

Firm Name: Garland, Samuel & Loeb, P.C.

Address: 3151 Maple Drive, N.E.

City/State/Zip: Atlanta, Georgia 30305

Telephone/Fax: 404-262-2225 / 404-365-5041

Email: dfs@gsllaw.com