UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES ZHONG,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CRIMINAL ACTION FILE NO.:<br>)<br>)  1:22-cr-00606-PGG-1<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DONALD F. SAMUEL, ESQ.

COMES NOW attorney DONALD F. SAMUEL, and offers this AFFIDAVIT in support of his Motion for Admission Pro Hae Vice and attest to the following:

a) I have never been convicted of a felony;

b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

c) There are no disciplinary proceedings presently against me in any court.

This, the 16th day of November, 2022.

Sworn to and subscribed
before me this 16th day
of November, 2022.

_____
Notary Public
My Commission Expires
February 1, 2026

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

_____
DONALD F. SAMUEL, ESQ.
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone:404-262-2225
Fax:  404-365-5041
dfs@gsllaw.com