## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

United States of America

      Plaintiff,

-against-                            1:22-cr-00606-PGG-1

**MOTION FOR ADMISSION**

**PRO HAC VICE**

James Zhong

      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __John A. Garland__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __James Zhong__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Georgia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

November 16, 2022

Respectfully Submitted,

_____

Applicant Signature: /s/ John A. Garland

Applicant's Name: John A. Garland

Firm Name: Garland, Samuel & Loeb, P.C.

Address: 3151 Maple Drive, N.E.

City/State/Zip: Atlanta, Georgia 30305

Telephone/Fax: 404-262-2225 / 404-365-5041

Email: jag@gsllaw.com