# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

November 9, 2022

I hereby certify that John A. Garland, Esq., was admitted on the 11th day of June, 2012, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

, Clerk