# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America

                                        Plaintiff,                CRIMINAL ACTION NUMBER

-against-                                                1:22-cr-00606-PGG-1

                                                                         MOTION FOR ADMISSION

James Zhong                                            PRO HAC VICE

                                    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Amanda Clark Palmer** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **James Zhong** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Georgia** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                                      Respectfully Submitted,

November 16, 2022

                                          Applicant Signature: /s/ Amanda Clark Palmer

                                          Applicant's Name: Amanda Clark Palmer

                                          Firm Name: Garland, Samuel and Loeb

                                          Address: 3151 Maple Drive, N.E.

                                          City/State/Zip: Atlanta, Georgia 30305

                                          Telephone/Fax: 404-262-2225 / 404-365-5041

                                          Email: aclark@gsllaw.com