UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION FILE NO.: |
| v. ) | |
| ) | 1:22-cr-00606-PGG-1 |
| JAMES ZHONG, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF AMANDA CLARK PALMER, ESQ.

COMES NOW attorney AMANDA CLARK PALMER, and offers this AFFIDAVIT in support of her Motion for Admission Pro Hac Vice and attest to the following:

a) I have never been convicted of a felony;

b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

c) There are no disciplinary proceedings presently against me in any court.

This, the 16th day of November, 2022.

Sworn to and subscribed
before me this 16th day
of November, 2022.

_____
Notary Public

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

_Amanda Clark Palmer_
AMANDA CLARK PALMER, ESQ.
Georgia Bar No. 130608
Attorney for Defendant

My Commission Expires
February 1, 2026

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
acp@gsllaw.com