UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) CRIMINAL ACTION FILE NO.:<br>v. )<br>) 1:22-cr-00606-PGG-1<br>JAMES ZHONG, )<br>)<br>Defendant. ) | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of John A. Garland, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Georgia; and that his contact information is as follows:

Applicant's name: Donald F. Samuel

Firm name: Garland, Samuel and Loeb, P.C.

Address: 3151 Maple Drive, N.E.

City/State/Zip: Atlanta, Georgia 30305

Telephone/Fax: 404-262-2225 / 404-365-5041

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for James Zhong in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
November 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge