# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
—
TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
—
www.bhlawfirm.com

MICHAEL F. BACHNER*  
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE  
18 METZGER DRIVE  
WEST ORANGE, NJ 07052

February 6, 2023

**VIA ECF**
Hon. Paul G. Gardephe
US District Court Judge
Southern District of New York
40 Centre Street
New York, New York 10007-1312

**Re:   USA v. James Zhong, 22 Cr. 606-001 (PGG)**

Dear Judge Gardephe:

Further to our earlier request to adjourn Mr. Zhong's sentencing date, today I was informed by Georgia co-counsel that the March 13-16 dates are now available to them for sentencing.

Respectfully,

/s/ *Michael Bachner*

Michael F. Bachner

Cc: Government counsel (via ECF and email)
    Pre-trial Services (via email)