

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: *United States v. James Zhong*,
22 Cr. 606 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, James Zhong, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (Docket Entry 7) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States can dispose of the Specific Property according to law.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: \_\_\_/s/_____
     David R. Felton
     Assistant United States Attorney
     Tel. (212) 637-2299

*Enclosure*