UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                   :

UNITED STATES OF AMERICA         :
                                   :     **FINAL ORDER OF**
           -v.-                         :     **FORFEITURE**
                                   :
JAMES ZHONG,                        :     22 Cr. 606 (PGG)
                                   :
                Defendant.               :
                                   :
                                   :
------------------------------------ X

WHEREAS, on or about November 4, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (D.E. 7) (the "Preliminary Order of Forfeiture"),[1] which ordered the forfeiture to the United States of all right, title, and interest of JAMES ZHONG, (the "Defendant") in the following property:

    a. 11.1160005300044 BTC seized from Defendant's residence in the Northern District of Georgia, on or about November 9, 2021;

    b. $661,900 in United States currency seized from Defendant's residence in the Northern District of Georgia, on or about November 9, 2021;

    c. 25 Casascius coins (physical bitcoin) with an approximate value of 174 BTC, seized from Defendant's residence in the Northern District of Georgia, on or about November 9, 2021;

    d. Various metal items, consisting of four one-ounce silver-colored bars, three one ounce gold-colored bars, four 10-ounce silver-colored bars, and one gold-colored coin, seized from Defendant's residence in the Northern District of Georgia, on or about November 9, 2021;

    e. 23.7112850 BTC seized from the Defendant on or about April 27, 2022 in the Southern District of New York;

    f. 115.02532155 BTC seized from the Defendant on or about April 28, 2022 in the Southern District of New York;

---

[1] On or about December 6, 2022, this Court entered a Corrected Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (D.E. 20), wherein the Preliminary Order of Forfeiture was corrected only as to the listed agency and remained unchanged in all other material respects.

  g. 4.57427222 BTC seized from the Defendant on or about June 8, 2022 in the Southern District of New York; and

  h. The Defendant's 80% interest in RE&D Investments, LLC, EIN: 84-1727241;

(a. through h., collectively, the "Specific Property");

  WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

  WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

  WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 4, 2023, for thirty (30) consecutive days, through February 2, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset

Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 6, 2023 (D.E. 26);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. All right, title, and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
     March 14 , 2023

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE