# Matthew W. Norman, M.D., LLC

Twelve Piedmont Center, Suite 410, 3495 Piedmont Road, N.E., Atlanta, GA 30305
404-495-5900    fax: 404-495-5901
norman@matthewnormanmd.com

March 31, 2022

<u>VIA E-MAIL ONLY</u>

Ms. Amanda Clark-Palmer
Garland, Samuel, & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305

    **Re:**   ***Jimmy Zhong***

## PSYCHIATRIC EXAMINATION

Dear Ms. Clark-Palmer:

Mr. Jimmy Zhong, a client whom you represent in a criminal matter, was evaluated pursuant to your request for a psychiatric evaluation.

This report will discuss whether he has, or has a history of, any psychological or mental health conditions.

The opinions stated in this report are to a reasonable degree of medical certainty, based on the information reviewed and obtained as of the date of the report.  Any additional information not yet reviewed may alter the opinions contained in this report.

Mr. Zhong is currently under investigation by the United States Attorney for the Southern District of New York related to some bitcoin transactions from approximately 2012.

**SOURCES OF INFORMATION:**

Interview of Mr. Zhong, conducted by Matthew W. Norman, M.D., at the offices of Matthew W. Norman, MD, LLC, on March 18, 2022, for approximately two hours and ten minutes.

The Ritvo Autism Asperger Diagnostic Scale-Revised (RAADS-R) completed by Mr. Zhong on March 18, 2022.

The Personality Assessment Inventory (PAI) was completed by Mr. Zhong on March 18, 2022. An interpretive report was generated.

Re: Jimmy Zhong

**QUALIFICATIONS OF THE EXAMINER:**

I am enclosing a copy of my *curriculum vitae,* which states my qualifications to perform this examination.

**NOTIFICATION OF RIGHTS:**

At the outset of the evaluation, I read to Mr. Zhong my standard *Advisory Notice*. This notice included informing him of his attorney's request, that his psychiatric state would be evaluated, that the evaluation was not confidential, that anything he told me I might be asked to testify about in court, and that a copy of this report would be sent only to you. Mr. Zhong agreed to proceed with the evaluation.

**DEFENDANT'S ACCOUNT OF MENTAL FUNCTIONING:**

Mr. Zhong is a 31-year-old male who denied any formal psychiatric history; however, he has noted issues with socialization throughout his life.

Mr. Zhong complained of long-standing insomnia. He stated that he has had "really bad insomnia" for as long as he can remember. He reported that he "can't stop thinking." He reported his "most productive hours are between 10 PM and 4 AM." If he needs to be somewhere on a subsequent morning, he takes over-the-counter ZzzQuil. This medication contains diphenhydramine (i.e., Benadryl), which is a sedating anti-histamine.

Mr. Zhong reported that the ZzzQuil is effective only "sometimes." He will add melatonin (an herbal supplement) about once or twice per week. He has not seen a medical provider to address his insomnia.

Mr. Zhong reported difficulties in social relationships since childhood. He reported that his parents "were never there." He said: "They never seemed to care. They were never nice. I got out of there as soon as I could." He reported that he left for college at 18 years old. He does not speak or have a relationship with his parents.

Mr. Zhong's mother, Xiaohui, is a nurse. While growing up, she worked night shift and was asleep when he was home or at work. His father, Sheng, "ran some weird shop. He'd pick up anything cheap and sell it." Both his parents were born in China. As far as he is aware, his mother still resides in the same house in Lawrenceville that he left when he was 18 years old. His parents separated and divorced when he was in "high school or middle school."

Mr. Zhong also has a younger sister, Crystal (born 1996). He stated they do not speak. He said, "I never had a relationship there either."

In addition to strained family relationships, Mr. Zhong recalled being bullied starting at an early age. He moved with his family to Cobb County, Georgia, in 4th grade. He attended Cedar Hill Elementary, Richards Middle School, and Central Gwinnett High School. He graduated from Central Gwinnett High School in 2008. He recalled riding the bus to school and then riding the bus home. He "couldn't go anywhere and had no friends."

Re: Jimmy Zhong

Mr. Zhong stated, "[Growing up] was crappy.  I got picked on a lot.  I never made any friends.  I still have few friends."  He indicated that college was "when life really started."  When asked what others picked on him about, he said: "Being fat.  Being ugly.  Being weird."

Mr. Zhong reported the most traumatic bullying experience he recalled was "one kid pantsing [him] at a football game."  While a junior in high school, he recalled another student pulling Mr. Zhong's pants down in front of other people at a football game.  He also recalled that this same student would "just walk up and punch" him.  He recalled, "I always hated school.  At least upstairs in my house, I was by myself being on a computer."

Mr. Zhong recalled his computer provided an escape to his school and home-life angst.  He "got on the computer every single day."  He learned to program in middle school.  He learned BASIC, C, C Sharp, and C++.  He stated that "once you know a couple of [computer languages], you can jump into any other one."  He spontaneously reported that the computer allowed him to fantasize about "making up the perfect life or something."

Academically, Mr. Zhong had no noted difficulties.  He reported having a 3.6 or 3.8 GPA in high school.  He reported scoring 1470 on the SAT.  He gained admittance to the University of Georgia on the HOPE scholarship.  He thought his academic achievement would convince his parents to "show some attention" to him.  This did not occur according to him.  His father was "never there.  He was out working or down in the basement. … [His mother] was asleep a lot."

Mr. Zhong recalled thinking that obtaining an automobile would help solve his social woes.  He earned "side money" by writing "apps for people."  He would be paid $300 to $400 each.  He earned enough money to buy a 1981 Mercedes 300SD.  He thought others would be attracted to him through a nice automobile.

Mr. Zhong matriculated to University of Georgia in Athens, Georgia, in Fall 2008.  He graduated in 2014 with a bachelor's degree in computer science.  He denied attending graduate school or obtaining other formal education.

While in college, Mr. Zhong started "making money in Bitcoin."  He recalled reading about mining Bitcoin in a programming forum.  He began mining Bitcoin in "the early days."  He recalled this being around 2009.  He was able to mine "a couple of hundred coins per day."

Once Mr. Zhong had some money through mining Bitcoin, he tried to become social.  He reported "partying in college."  He drank alcohol excessively and used cocaine.  He tried to improve his social life.  He recalled converting some of his Bitcoin into $700,000 in cash.  He stated he did this so that he would have a "case full of money like in the movies."  He hoped the visual appeal of the cash would impress a female into having sexual relations with him.  He stated his plan did not work.  He would also give away small devices with 50 Bitcoin on it as gifts.  At some time, these gifts were worth $1 million each.  The cash and some of these "gifts" were some of what he alleged was stolen from his Athens apartment during Spring Break 2018 or 2019.

**Re: Jimmy Zhong**

Currently, Mr. Zhong reported only having "two best friends." However, he stated they both have "new jobs," and he does not have as much contact with them. He said, "Sometimes I feel [their lack of contact with me is] because I'm broke." He stated he spends most of his time alone and by himself.

Mr. Zhong has not had sex with anyone, except "once when [he] paid for it." He desires to have relationships with others but has been generally unsuccessful.

On psychiatric review of symptoms, Mr. Zhong denied mania, obsessions or compulsions, hallucinations, delusions, ideas of reference, and ongoing panic attacks. He considered himself generally free of anxiety until this past fall. He denied overt suicidal thoughts; however, he has "sometimes [wondered] what's the point [of life] if [he's] going to be alone and going to be broke." He added, "I'm too scared to ever" attempt suicide. He denied suicide attempts.

**PERSONAL HISTORY:**

Mr. Zhong was born on May 24, 1990, in New Jersey. He stated that he moved with his family from New Jersey to Indiana to North Carolina and to Georgia.

Educationally, Mr. Zhong attended Cedar Hill Elementary School and Richards Middle School. He graduated from Central Gwinnett High School in 2008. He then enrolled at University of Georgia. He graduated in 2014.

Occupationally, Mr. Zhong has rarely worked for paid income. He currently has a CNC machine and is machining parts on demand. He enjoys making custom automobile parts. He also builds his own computers.

Mr. Zhong has never been married. He denied having any children. He is currently living at his residence in Gainesville, Georgia. He reported having a dog.

Mr. Zhong denied ever being in the military and is not a veteran.

Mr. Zhong reported being arrested for DUI as well as possession of cocaine. He stated he pled guilty to the cocaine charge, completed one year of probation under the First Offender Act, and this has been expunged from his record.

**PSYCHIATRIC HISTORY:**

Mr. Zhong denied any psychiatric history. He denied ever seeing a psychiatrist or psychologist. He denied taking psychiatric medications. He denied any psychiatric hospitalizations. He denied any suicide attempts.

Mr. Zhong reported drinking alcohol for the first time at a party in high school. He started drinking alcohol regularly in college. He drank "every weekend" in college. He had numerous blackouts. He currently drinks "once or twice per week." He tried marijuana but "didn't like it." He had "one horrible experience with hallucinogenic mushrooms. He tried MDMA "once at a concert." He used cocaine "on weekends" for about five or six years. He last used on his 26th

birthday. He denied other illicit drug use.

**MEDICAL HISTORY:**

Mr. Zhong's past medical history includes LASIK surgery between 2012 and 2014. He reported having "very thick glasses" since middle school. He denied any other medical problems. He denied any concussions, traumatic brain injuries, or seizures.

Mr. Zhong denied known drug allergies.

Mr. Zhong reported taking a multi-vitamin daily. He also takes over-the-counter ZzzQuil most nights and occasionally melatonin.

**PSYCHOLOGICAL / OBJECTIVE TESTING:**

*RAADS-R*

The Ritvo Autism-Asperger's Diagnostic Scale – Revised is a valid and reliable instrument to assist in the diagnosis of adults with Autism Spectrum Disorders (ASD). The 80-question scale was recently revised and published in the peer-reviewed *Journal of Autism and Developmental Disorders* (18 November 2010). The scale is based on a Likert scale and a score of 65 or greater is consistent with a clinical diagnosis of ASD. Mr. Zhong was administered the scale on March 18, 2022. His score was 69, which is consistent (i.e., greater than 65) with a clinical diagnosis of Autism Spectrum Disorder. His score on the Social Relatedness subscale was significantly elevated, which was consistent with his clinical exam.

*PAI*

Mr. Zhong completed the Personality Assessment Inventory as part of the current examination. A Clinical Interpretive Report was generated based on his answers.

The Personality Assessment Inventory (PAI) is a self-administered, objective test of personality designed to provide information and is among the most widely used measures in legal cases involving emotional injury. The PAI contains 344 items, which comprise 22 non-overlapping scales: 4 validity scales, 11 clinical scales, 5 treatment scales, and 2 interpersonal scales.

Mr. Zhong's Clinical Interpretive Report was as follows:

*Validity of Results*

The PAI provides a number of validity indices that are designed to provide an assessment of factors that could distort the results of testing. Such factors could include failure to complete test items properly, carelessness, reading difficulties, confusion, exaggeration, malingering, or defensiveness. For this protocol, the number of uncompleted items is within acceptable limits.

Also evaluated is the extent to which Mr. Zhong attended appropriately and responded consistently to the content of test items. Mr. Zhong's scores on these scales suggest that he did

attend to item content in responding to PAI items; however, there appears to have been some inconsistent responses to similar items, and this inconsistency could affect test results. Thus, the interpretive hypotheses that follow in this report should be reviewed cautiously.

The degree to which response styles may have affected or distorted the report of symptomatology on the inventory is also assessed. The scores for these indicators fall in the normal range, suggesting that Mr. Zhong answered in a reasonably forthright manner and did not attempt to present an unrealistic or inaccurate impression that was either more negative or more positive than the clinical picture would warrant.

*Clinical Features*

The PAI clinical profile reveals no marked elevations that should be considered to indicate the presence of clinical psychopathology. Scores on one or more scales do, however, show moderate elevations that may reflect sources of difficulty for Mr. Zhong. These problem areas may be related to current stressors or complicated life circumstances. These potential problem areas are described below.

Mr. Zhong reports some difficulties consistent with relatively mild or transient depressive symptomatology.

Mr. Zhong describes himself as rather moody and others may view him as overly sensitive. He may be dissatisfied with his more important relationships and uncertain about major life goals.

According to Mr. Zhong's self-report, he describes NO significant problems in the following areas: unusual thoughts or peculiar experiences; antisocial behavior; problems with empathy; undue suspiciousness or hostility; unusually elevated mood or heightened activity; marked anxiety; problematic behaviors used to manage anxiety; difficulties with health or physical functioning. Also, he reports NO significant problems with alcohol or drug abuse or dependence.

*Self Concept*

The self-concept of Mr. Zhong appears to involve a self-evaluation that has both positive and negative aspects. His attitudes about himself may vary from states of pessimism and self-doubt to periods of relative self-confidence and self-satisfaction. Some fluctuation in self-esteem may be observed as a function of his current circumstances, although these fluctuations will not be extreme and are comparable to those experienced by most adults. During stressful times in particular, he is prone to be somewhat self-critical, uncertain, and indecisive.

*Interpersonal and Social Environment*

Mr. Zhong's interpersonal style seems best characterized as self-effacing and lacking confidence in social interactions. He is likely to have difficulty in having his needs met in personal relationships and instead will subordinate his own interests to those of others in a manner that may seem self-punitive. His failure to assert himself may result in mistreatment or exploitation by others, and it does not appear that this interpersonal strategy has been effective in maintaining his most important relationships.

Re: Jimmy Zhong

In considering the social environment of Mr. Zhong with respect to perceived stressors and the availability of social supports with which to deal with these stressors, his responses indicate that he is likely to be experiencing notable stress and turmoil in a number of major life areas. A review of his current employment situation, financial status, and family and/or close relationships will clarify the importance of these in the overall clinical picture. A primary source of stress may involve relationship issues because he believes that his social relationships offer him little support; family relationships may be somewhat distant or ridden with conflict, and friends may not be available when needed. Interventions directed at key problematic relationships (such as those involving family or marital problems) may be of some use in alleviating what may be a major source of dissatisfaction.

**FORMAL MENTAL STATUS EXAMINATION:**

Mr. Zhong is a 31-year-old male who was cooperative overall with the evaluation and was oriented to person, place, and time. He was casually dressed. He was adequately groomed. He appeared his stated age. He was generally open with most of his responses. He was extremely shy and socially awkward. He made very poor eye contact. He often looked away from me when answering questions. He had difficulty with social connectedness. These are consistent with Autism Spectrum Disorder. He did not appear evasive with his responses. He ambulated without difficulty or assistance.

Mr. Zhong's speech was normal in rate, volume, and tone. He described his mood as "okay." His affect (an objective observation of expressed emotion) was odd. There was no evidence of psychomotor agitation or retardation. His thought processes were logical and goal directed.

Mr. Zhong denied any hallucinations, delusions, or ideas of reference. He stated that he did worry more than the average person. He reported some symptoms of a depressed mood most of the day or nearly every day. He denied symptoms associated with mania. He denied any current suicidal ideation or homicidal ideation.

Mr. Zhong's judgment was fair. I estimate his intelligence to be in the above average to superior range based on his vocabulary, ability to abstract, educational achievement, and judgment.

**MULTI-AXIAL DIAGNOSIS EXPLANATION:**

The American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition* (DSM-5), published in May 2013, no longer utilizes a multi-axial system.

**DIAGNOSIS:**

    Autism Spectrum Disorder
    Cocaine Use Disorder, in full sustained remission

Re: Jimmy Zhong

**DISCUSSION:**

Mr. Jimmy Zhong is a 31-year-old male who was referred by you for the purpose of conducting a psychiatric evaluation.

Autism Spectrum Disorder is recognized in the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5). Autism Spectrum Disorder is recognized as a continuous and life-long developmental disorder characterized by severe and sustained impairment in social interaction and the development of restricted, repetitive patterns of behavior, interests, and activities without other language and cognitive developmental delays.

In my opinion, Mr. Zhong has symptoms consistent with Autism Spectrum Disorder. During the interview, I conducted specific psychological testing to rule in (or rule out) a diagnosis of Autism Spectrum Disorder (ASD). This further testing strongly supported the diagnosis of Autism Spectrum Disorder. Thus, this Autism Spectrum Disorder is the primary diagnosis and area of clinical concern.

*Autism Spectrum Disorder:* According to the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5), Autism Spectrum Disorder is characterized with persistent deficits in social communication and social interaction across multiple contexts, as manifested by deficits in social-emotional reciprocity, non-verbal communication behaviors used for social interaction, and developing and maintaining and understanding relationships. The illness is also characterized by restricted and repetitive interests and behaviors. Language and cognitive development may remain intact and normal.

In my opinion, Mr. Zhong has many characteristics of Autism Spectrum Disorder. He has significant abnormalities in social interactions as evidenced by his lack of normal social and peer relationships. His social relationships and connectedness are nearly non-existent. Additional evidence of Autism Spectrum Disorder includes Mr. Zhong's responses and scores on valid measures of Autism Spectrum symptoms. Thus, both subjective and objective data support the diagnosis.

In addition, many of Mr. Zhong's behaviors in college are consistent with Autism Spectrum Disorder. ASD would make certain social decisions difficult for Mr. Zhong. This difficulty would include making decisions to try to change his social relations with others in a non-typical way. That is, he has impairments in initiating and maintaining social relationships in a normal way. For example, giving away large sums of Bitcoin and possessing large sums of cash were an attempt (albeit atypical) of a way to gain social relatedness. These behaviors are not as much conscious intention on Mr. Zhong's part but more a lack of social development consistent with his illness.

Of note, Mr. Zhong does not, in my opinion, meet criteria for Bipolar Disorder, Schizophrenia, active substance use disorder, or Anti-social Personality Disorder.

**Re: Jimmy Zhong**

**CLINICAL RECOMMENDATIONS:**

In my opinion, Mr. Zhong should consider engaging in psychotherapy with a competent psychotherapist well-versed in working with Autism Spectrum Disorder. I could highly recommend Tyler Whitney, Psy.D. (770-442-9447 x112) in Roswell, Georgia. Dr. Whitney works with individuals with Autism Spectrum Disorder. The Emory Autism Center (https://psychiatry.emory.edu/programs/autism/) also works with adults with Autism Spectrum Disorder and may be another good resource for Mr. Zhong.

In my opinion, Mr. Zhong does not require psychiatric medication at this time.

If you have any questions about this report, I would be happy to answer them. Please feel free to telephone me at 404-495-5900.

Sincerely,

Matthew W. Norman, M.D., DFAPA
Board Certified, Psychiatry & Forensic Psychiatry, American Board of Psychiatry & Neurology
Adjunct Associate Professor, Department of Psychiatry, Emory University School of Medicine

enc:    *curriculum vitae*