March 19, 2023



Hon. Paul G. Gardephe
United States District Court Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Dear Judge Gardephe:

My name is Alexa Pisczak, and I am an in-house attorney. I have been practicing law since 2015. I met Jimmy Zhong during my freshman year of college at the University of Georgia in 2008, and we have been close friends since then.

I'm taking the time to write this letter because I want you know that Jimmy is one of the best people I know. Jimmy is the type of person who will do anything for anyone (friend or stranger) if they need help. For the last 15 years, Jimmy has been someone I can call and depend on when my car breaks down, my tech crashes, I need someone to cry or vent to, I need a ride or I need help with anything else. It doesn't matter if Jimmy is busy or not, he is always willing to help others and never complains or expects anything in return.

Jimmy has always been kind to everyone who I've seen him interact with, and he always wants people to be happy and to have a good time. I've never heard anyone who knows Jimmy say anything negative about him or his character. Although Jimmy is human and makes mistakes like everyone else, he is a good person to his core.

Jimmy has always been extremely hard working, and I admire his perseverance because his life hasn't been easy. Jimmy has had to support himself financially, physically and emotionally since high school. He's had to figure out how to do almost everything himself and without a family support system. Despite not having the support that many of us are so lucky to have while growing up, Jimmy is one of the smartest, handiest and most caring people I know too. I feel fortunate to have him as a close friend.

I appreciate you taking the time to read this letter, and I hope you'll consider his character when making your decision.

Best,

*Alexa Pisczak*

Alexa Pisczak