

March 20, 2023

Hon. Paul G. Gardephe
United States District Court Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Dear Honorable Judge Gardephe:

I am writing this letter to attest to the character of Jimmy Zhong, whom I have known for over 15 years. Since meeting, I have had numerous opportunities to interact with Jimmy in both personal and social contexts, and I can confidently state that he is genuinely a friend with a good heart, someone who has a great attitude, he is always smiling and happy to be amongst friends. Jimmy has always valued his relationships and friendships. He communicates to his friends regularly and genuinely seems interested in the lives of his friends and wants to be as loving of a friend he can be.

Jimmy has always conducted himself with integrity and has always showed respect to others he interacts with. He has always treated me with respect and dignity, and I have not seen him belittle others regardless of their relationship to Jimmy. I value my friendship with Jimmy greatly. He has always been available to talk when I needed someone to vent to. He has always been willing to assist to help me move, build furniture, fix my electronics and lawn equipment, and never expects anything in return. He treats me with dignity and compassion and I am thankful to call him a friend. Throughout the years, I have seen Jimmy develop new friendships and I have always seen Jimmy treat new friendships with respect. Jimmy treats each of his friends the same, and I have admired Jimmy for being such a great friend who is willing to listen and consider their feelings and perspectives.

In conclusion, I wholeheartedly endorse Jimmy and can vouch for his character without hesitation. He is a genuine person who loves hangout out with friends, is always willing to lend a hand when a friend is in need, would be the first person to volunteer to help if asked, and has always been a hardworking man. Jimmy will be a friendship I have for the remainder of my life and I consider Jimmy to be one of my closest friends. Jimmy is an incredible, intelligent human being who continues to enlighten those around him and I am proud to call him my friend.

Sincerely,

*Julian Pisczak*
Julian Pisczak