Ex. D

Hon. Paul Gardephe,

My name is Hannah Hacker, and I work as a Legal Assistant at an Estate Planning Law Firm in metro Atlanta. I am writing to you on behalf of my good friend James Zhong. I say he is my good friend, but over the years he has grown to become like family as well. Jimmy is the most loyal, caring, and empathetic individual I have ever met. There is nothing he would not do for those he loves, and I know this from experience.

Many examples of Jimmy's kindness flood my mind, but I would like to share one chaotic situation in particular. After a night out for my friend's birthday, my purse was stolen with all my belongings including my car keys and house keys. I didn't have money for uber at the time, but Jimmy heard about the situation and drove over an hour to pick me up, then almost another hour back to my apartment where I obtained a temporary lock out key, and I was able to find my spare car keys. He took me to Home Depot to make copies of my other keys such as my apartment or mailbox key that had been lost. Jimmy then took me all the way back to where I had left my keyless car and bought me dinner. I was such an inconvenience that day, but he gladly helped because that is just the kind of friend he is. My parents claim he has "superpowers" because he can always fix anything or any situation. I could write a novel filled with countless examples Jimmy has been there for me. From helping me move, being a shoulder to cry on during a breakup, teaching me a random skill-like how to properly power wash a deck, mounting TV's for me...like I said, the list would be never ending. Not only is he caring, but he is very honest. His brutal honesty is what makes him one of the funniest people to be around. He will say what no one else will even if it is hard to hear. He speaks his mind and the truth without any second thoughts about what other people may think. My heart goes out to Jimmy because all he wants in this life is to love others and for others to love him. He has a support system of friends that claim him as family that he has had for a while now which I believe is very telling of his character.

With warmest regards,

*Hannah Hacker*