

**From:** Christina Ross <christina.elizabeth.ross@gmail.com>
**Sent:** Wednesday, February 15, 2023 7:44 PM
**To:** Jimmy Zhong
**Subject:** Letter

Dear Hon. Paul G. Gardephe,

My name is Christina Elizabeth Ross and I am a cardiology nurse practitioner. I met Jimmy Zhong in 2014 through my boyfriend at the time, Edward Graham Newsome. Jimmy has been the best friend I have ever had. Ever since I met him, he would drop what he is doing to go help any of his friends in time of need. Graham Newsome and I eventually got married in 2018 and Jimmy was the Best Man in our wedding. Jimmy has been there for me during difficult times and times of trouble including my divorce and getting through school. I always know that I can count on him to be there for me during times of need. My ex-husband had mental health issues that lead to hospitalizations and at the drop of a dime Jimmy would drive over 2 hours to get to us when called whether it was to just be there for us emotionally or to help take care of our dog while I was at the hospital with Graham. Jimmy has helped me move numerous times because I never hired movers. I do not know too many people that would be willing to help pack up their house and help them move.

I heard over the years that Jimmy had a rough childhood and had to fend for himself at a very early age. I grew up in a very tight-knit family and could not believe when I found out that he never celebrated Holdiays and his family never celebrated his birthday. His mother and father were never there to support him and were not even present for his Graduation ceremony from the University of Georgia. My family and I took Jimmy under our wing and consider him as part of our family. Over the years, he has come to celebrate holidays like Thanksgiving and Christmas with us. He is such a kind soul and I am thankful to know him and call him one of my very best friends. I strongly believe that I would not be where I am today without his constant love, friendship, and support.

Please feel free to reach out to me if you have any questions.

Sincerely,

Christina E. Ross
404-797-7377
christina.elizabeth.ross@gmail.com