# Bachner & Associates, P.C.
Attorneys at Law
111 Broadway
Suite 701
New York, New York 10006

Telephone: (212) 344-7778
Facsimile: (212) 344-7774

www.bhlawfirm.com

Michael F. Bachner*
*Also Admitted in NJ

New Jersey Office
18 Metzger Drive
West Orange, NJ 07052

March 26, 2023

**VIA ECF**
Hon. Paul G. Gardephe
US District Court Judge
Southern District of New York
40 Centre Street
New York, New York 10007-1312

**Re:  USA v. James Zhong, 22 Cr. 606-001 (PGG)**

Dear Judge Gardephe:

In connection with Mr. Zhong's previously filed sentencing submission (Document 30), please substitute the attached <u>signed</u> letter from Christina Ross as Exhibit 6.

Respectfully,

/s/ *Michael Bachner*

Michael F. Bachner

Cc: Government counsel (via ECF)