# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006
—
TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
—

www.bhlawfirm.com

MICHAEL F. BACHNER*　　　　　　　　　　　　　　　　　　NEW JERSEY OFFICE
*ALSO ADMITTED IN NJ　　　　　　　　　　　　　　　　　　18 METZGER DRIVE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WEST ORANGE, NJ 07052

April 3, 2023

**VIA ECF**
Hon. Paul G. Gardephe
US District Court Judge
Southern District of New York
40 Centre Street
New York, New York 10007-1312

**Re:    USA v. James Zhong, 22 Cr. 606-001 (PGG)**

Dear Judge Gardephe:

My office just received the attached three letters written on behalf of Mr. Zhong who is scheduled to be sentenced on April 14, 2023.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　/s/ *Michael Bachner*

　　　　　　　　　　　　　　　　　　Michael F. Bachner

Cc: Government counsel (via ECF and email)