Dear Hon. Paul Gardephe,

      I am writing to you on behalf of my friend James Zhong, who is appearing before you in court. My name is Joslyn Munoz and I am employed as a Registered Behavior Technician at Bluesprig Pediatrics in Atlanta, Georgia. I have known Jimmy for several years now, and I can confidently say that he is an honest and loving character. Jimmy will always go above and beyond for the ones he loves. For example, when driving Jimmy to get lunch he noticed my oil light and tire light go on and immediately directed me to the gas station to fill my tire and opened his home to me to change my oil. There has been countless of times where he has taken notice of minuscule events such as these and immediately shown compassion and action to ensure the safety and well-being of his loved ones.

      Jimmy is a hardworking and responsible individual who takes his commitments seriously. When moving to a new apartment, he stayed true to his word and helped me move. He continuously helped me even when my couch wouldn't fit in the apartment elevator and he had to move the couch up 4 flights of stairs with my boyfriend and I couldn't help but feel so grateful that I had a friend that cared for me so much to follow through with the task. Whenever I need a friend for kind (or real) words, advice or emotional support, technical skills for when I have a computer issue or handy skills when I need a night stand built or a TV mounted to the wall, Jimmy is always the one to jump at the opportunity to help.

Thank you,
Joslyn Munoz

*[signature]*