Hon. Paul Gardephe,

My name is Richard Dugger and I work in online digital marketing. I am writing this letter in regards to James Zhong, who is a great friend of mine. James has been a valuable member of our community and a person of good character.  I have known Jimmy for several years now and during this time, I have found him to be an honest, reliable, and trustworthy person. He is always willing to lend a helping hand to anyone in need and is highly respected by everyone who knows him. As a member of our community, Jimmy has made significant contributions through his involvement in various social and community activities. He never fails to volunteer himself to lend a hand to anyone in need, and his dedication and commitment have been appreciated by everyone. Jimmy has been a role model for young people in our community and has helped them in shaping their future.  Jimmy is a special person to all of his friends. He is always there If ever in need of help, advice, a place of understanding, or just a down to earth person to have a conversation with. There are countless times I can recall him being there for me and others, and I have never once witnessed him not be willing to led a helping hand or thought.

Sincerely

*Richard Dugger*