Hon. Paul G. Gardephe
United States District Court Judge
United States Courthouse
40 Centre Street
New York, NY 10007


Dear Hon. Paul G. Gardephe,

My name is Sydney Ross and I work for UPS as a supervisor in Corporate International Strategy.

I met Jimmy in Athens, GA in 2013 when I was a freshman in college during the snowstorm because he lived a couple houses down and was one of the only ones with power. My friend, Cooper, and I walked over to his house and knocked on his door to ask if we could come in until our power came back on. Jimmy was nice enough to allow us to come in and that is when our friendship started.

Jimmy has always been a caring and supportive friend no matter the circumstances. He has always offered to help me move every year since I met him, even though moving always sucks he was always there for me. He helped me through break ups and losses of my grandpa. He has always been an amazing human to me and everyone around.

Jimmy always mentioned that he didn't have much of a family growing up and was to fend for himself. The best thing is he always hates birthdays and I figured it was because he never had anyone celebrate it before and I was right. Two years ago, for his birthday I got a couple of friends to come with me to surprise him with his favorite "cake," which is key lime pie, candles and balloons. I've never seen someone light up the way he did when he told us "No one has ever done this for me before." He also spends every holiday with me and my family if we're not out of town because we love Jimmy, and he has always been there for everyone. He is an amazing honest person with a big heart!

There isn't another person on this earth like him and he will forever be a part of our family!


Sincerely,

*[signature]*

Sydney Ross