# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

April 17, 2023

**VIA ECF**
Hon. Paul G. Gardephe
US District Court Judge
Southern District of New York
40 Centre Street
New York, New York 10007-1312

**Re:     USA v.  James Zhong, 22 Cr. 606-001 (PGG)**

Dear Judge Gardephe:

We respectfully request that Your Honor recommend to the Bureau of Prisons that Mr. Zhong be incarcerated in FPC Montgomery, Alabama.

Respectfully,

/s/ *Michael Bachner*

Michael F. Bachner


Cc: Government counsel (via ECF and email)